UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL ANELLO,<br><br>     Plaintiff,<br><br>-against-<br><br>INTERPRIVATE ACQUISITION CORP., AHMED M. FATTOUH, BRANDON C. BENTLEY, JEFFREY A. HARRIS, PIETRO CINQUEGRANA, and MATTHEW LUCKETT,<br><br>     Defendants. | Case No.: 1:21-cv-00505-RA |

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants without prejudice. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: April 9, 2021

                 **MONTEVERDE & ASSOCIATES PC**

                 */s/ Juan E. Monteverde*
                 Juan E. Monteverde (JM-8169)
                 The Empire State Building
                 350 Fifth Avenue, Suite 4405
                 New York, NY 10118
                 Tel: (212) 971-1341
                 Fax: (212) 202-7880
                 Email: jmonteverde@monteverdelaw.com

                 *Attorneys for Plaintiff*